[No. 11644-4-I. Division One. July 27, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN WAYNE OWEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 81-8-04525-3, Robert W. Winsor, J., entered

1036

April 9, 1982. *Reversed* by unpublished opinion per Swanson, J., concurred in by Durham, A.C.J., and Williams, J.